IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH FRANKLIN GREEN,

     Plaintiff,

v.

OFFICER DEVIN, et al.

     Defendants.

ORDER

Case No.  26-cv-141-wmc

Plaintiff Joseph Franklin Green, an inmate in the custody of the Dane County Jail in Madison, Wisconsin, has filed a proposed civil complaint.  Plaintiff is an inmate and, therefore, subject to the 1996 Prisoner Litigation Reform Act.  Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted several uncertified monthly inmate transaction statements to support this request.  These statements are insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than March 20, 2026.  If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Joseph Franklin Green may have until March 20, 2026 to submit a certified trust fund account statement for the period beginning approximately August 20, 2025 and ending approximately February 20, 2026.  If plaintiff fails to respond to this order by March 20, 2026, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 25th day of February, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

2